**Order entered December 5, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00716-CV

**JOSE SYLVESTERE LOPEZ, Appellant**

**V.**

**CLAUDIA LOPEZ, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-05531-S**

## ORDER

We **GRANT** appellant's December 2, 2013 motion for an extension of time to file his supplemental/amended brief. We **ORDER** the supplemental/amended brief tendered to this Court on November 18, 2013 filed as of the date of this order. Appellee's brief is due thirty days from the date of this order. TEX. R. APP. P. 38.6(b).


/s/     ADA BROWN
          JUSTICE